1   SCOTT N. SCHOOLS(SCBN 9990)
    United States Attorney
2
    MARK L. KROTOSKI (CABN 139549)
3   Chief, Criminal Division

4   CARLOS SINGH (PASBN 50581)
    Assistant United States Attorney
5
    Attorney for Plaintiff
6   United States of America

7      150 Almaden Blvd., Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5065
       Fax: (408) 535-5066
9      E-Mail: carlos.singh@usdoj.gov

RECEIVED
2007 MAR 16  PM 2:52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

FILED
MAR 2 1 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   UNITED STATES OF AMERICA,  )     Criminal Complaint No. 05-70268-RS
                                 )
14              Plaintiff,       )
                                 )     MOTION AND ORDER
15        v.                     )     DISMISSING COMPLAINT
                                 )
16   JAMES EDMOND DALY,          )
                                 )
17              Defendant        )
                                 )
18   _____)

19               **MOTION TO DISMISS COMPLAINT**

20

21        On April 20, 2005, the court approved a criminal complaint against James Edmond Daly

     for unlawful flight in violation of 18 U.S.C. § 1073.  The defendant has been arrested and turned
22
     ///
23
     ///
24
     ///
25

26

27

28

MOTION AND ORDER DISMISS COMPLAINT
                                        1

1  over to officials in Monterey County for prosecution.  Thus, the government hereby moves to

2  dismiss the federal complaint.

3

4                                    Respectfully submitted,

5                                    SCOTT N. SCHOOLS
                                     United States Attorney

6
   March 16, 2007
7                                    CARLOS SINGH
                                     Assistant United States Attorney
8

9                          **ORDER**

10

11        Upon consideration of the government's motion, and there being good cause,

12        IT IS HEREBY ORDERED that the government's motion to dismiss the federal criminal

13  complaint (number 05-70268-RS) against James Edmond Daly is granted.

14

15  March 21, 2007

16                                   RICHARD SEEBORG
                                     United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28